# Court of Appeals
# of the State of Georgia

ATLANTA,  October 10, 2019

*The Court of Appeals hereby passes the following order:*

**A20D0086.  PARAMOUNT CAPITAL INVESTMENTS, LLC v. GOLDMAN SACHS & CO., LLC.**

Paramount Capital Investments, LLC filed a garnishment action against Goldman Sachs & Co. and others, seeking to collect a judgment it had obtained against Alberto Galvez, whom Paramount alleged had an account with Goldman.  When Goldman failed to file an answer, the trial court entered default judgment against Goldman and in favor of Paramount.  Goldman moved to set aside the default judgment on the ground, that, among other things, Paramount failed to perfect service.  The trial court granted the motion, vacated and set aside the default judgment.  Paramount then filed this application for discretionary appeal.  We, however, lack jurisdiction.

Generally, a party must follow the discretionary appeal procedure to appeal an order in a garnishment case.  See OCGA § 5-6-35 (a) (4).  However, "[t]he *grant* of a motion to set aside a default judgment . . . leaves the case pending in the trial court below and is not a final judgment."  *Laff Lines, Ltd. v. Dimauro*, 186 Ga. App. 24, 25 (366 SE2d 375) (1988) (emphasis in original); see also *Wright v. Wright*, 139 Ga. App. 60 (228 SE2d 9) (1976) ("In this garnishment case the trial court set aside a judgment against the garnishee but did not terminate the garnishment proceeding. This order is not a final judgment").  Because the order that Paramount wishes to appeal is not a final judgment, Paramount was required to comply with the interlocutory appeal procedure set forth in OCGA § 5-6-34 (b).  See *Laff Lines*, 186 Ga. App. at 25.  Although Paramount did file a discretionary application, OCGA § 5-6-35, which governs discretionary appeal procedure, does not excuse a party seeking appellate

review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34 (b).  See *Bailey v. Bailey*, 266 Ga. 832 (471 SE2d 213) (1996); compare *Principal Lien Svcs. v. NAH Corp.*, 346 Ga. App. 277, 279 (814 SE2d 4) (2018) (garnishor properly filed discretionary application from trial court order that set aside default judgment *and* dismissed garnishment action).

Paramount's failure to comply with the interlocutory appeal procedure deprives us of jurisdiction to consider this discretionary application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/10/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*